Biedenbach *v.* Teague (et al., Appellant).

Argued November 16, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Lee C. McCandless,* for appellant.

*John Murrin,* with him *Murrin and Murrin,* for appellees.

Opinion Per Curiam, December 14, 1960:
The order of the court below is affirmed on the opinion of Judge J. Frank Graff, as reported in 22 Pa. D. & C. 2d 588.